UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Shuntay Antonio Brown,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 19-979 (CKK) |
| | : | |
| **Pennsylvania Higher Education Agency** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's motion for a temporary restraining order and preliminary injunction [Dkt. # 8] and motion to reschedule a hearing on said motion [Dkt. # 10] are **DENIED**; and it is further

**ORDERED** that Trans Union and Experian shall respond to plaintiff's Motion for Summary Judgment [Dkt. # 11] on or before **June 10, 2019**.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date:  May 14, 2019